UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMARR GLEN FORD, | ) | CASE NO. ED CV 17-1909-DDP (PJW) |
| Petitioner, | ) ) | ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) ) | AND DENYING CERTIFICATE OF APPEALABILITY |
| CHRISTIAN PFEIFFER, | ) ) | |
| Respondent. | ) ) | |

Before the Court is Petitioner's second attempt to challenge his 2012 state conviction and sentence. His first petition was denied on the merits in January 2016. (*Ford v. Muniz*, ED CV 14-1562-DDP (PJW), January 20, 2016 Order.) The Ninth Circuit Court of Appeals then denied his application for a certificate of appealability. (CCA No. 16-55199, September 26, 2016 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his 2012 conviction and sentence. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authoriza-

tion from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: 8-24-18 .

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\patriciagomez\AppData\Local\Temp\notes95E17C\Ord dismissing Pet.wpd

2