JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LAMARR GLEN FORD, | ) CASE NO. ED CV 17-1909-DDP (PJW) |
|---|---|
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| CHRISTIAN PFEIFFER, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8-24-18

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Users\patriciagomez\AppData\Local\Temp\notes95E17C\Judgment.wpd